THE PEOPLE ex rel. ANNIE BROWN et al., Respondents, *v.* E. D. CARPENTER, Superintendent of the New York Juvenile Asylum, Appellant.

(Argued October 7, 1890; decided October 14, 1890.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made June 13, 1890, which affirmed in part an order of Special Term overruling a demurrer by defendant to a traverse to the returns to the writs of habeas corpus and certiorari herein, and directing the relator's discharge from the New York Juvenile Asylum.

The following is the *mem.* of opinion:

" Since the decision of *People ex rel. Van Riper* v. *New York Catholic Protectory* (106 N. Y. 604), subdivision 5 of section 219 of the Penal Code has been amended by chapter 145, section 6, Laws of 1888, so that the presence of either parent is sufficient at the examination before the court or magistrate. The case here shows that the mother was present."

*Elbridge T. Gerry* for appellant.

*Purdy & McLaughlin* for respondents.

Agree to reverse so much of the order of the General Term as was appealed from an order made discharging writ as to the person of Annie Brown and remanding her to the custody of the defendant under the order of commitment.
All concur.
Ordered accordingly.